## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Dale M. Edwards, Sr.         |    CHAPTER 7
                  &amp;

      Beth A. Edwards        |    BKY. NO. 17-12672 JKF

                <u>Debtor(s)</u>

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Quicken Loans Inc. and index same on the master mailing list.

                                   Respectfully submitted,

                                   <u>**/s/ Matteo S. Weiner, Esquire**</u>
                                   Matteo S. Weiner, Esquire
                                   KML Law Group, P.C.
                                   701 Market Street, Suite 5000
                                   Philadelphia, PA 19106-1532
                                   (215) 627-1322 FAX (215) 627-7734